**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | :    MDL Docket No. 4:03CV1507-WRW | |
| | :                  4:04CV00744 | |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| **JAN LOVE** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, INC., et. al.** | : | **DEFENDANTS** |

## ORDER

Pending is Plaintiffs' Motion for Disqualification of Counsel for Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. (Doc. No. 5).

I am still uncomfortable with Wyeth's counsel representing former sales representatives, but based on the submissions by the respective parties, I do not believe a disqualifying conflict has been established. Therefore, Plaintiffs' Motion is DENIED.

IT IS SO ORDERED this 18th day of June, 2008.

                                                            /s/ Wm. R.Wilson,Jr.
                                                            UNITED STATES DISTRICT JUDGE